1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY L. ROBINSON,

11              Plaintiff,                    No. 2:12-cv-1776 MCE DAD P

12        vs.

13   JERRY BROWN, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  In accordance wtih the court's July 12, 2012 order, plaintiff has filed a request

18   for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, once more, the

19   certificate portion of the request which must be completed by plaintiff's institution of

20   incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison

21   trust account statement for the six month period immediately preceding the filing of the

22   complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a

23   completed in forma pauperis application and a certified copy in support of his application.

24   /////

25   /////

26   /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 7, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
robi1776.3c+new(2)

2