UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON, | No. 2:12-cv-01776-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| GOVERNOR JERRY BROWN et al.,, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff alleges that he is a member of the House of Yahweh faith, and when he asked Defendants Elia and Goeke for access to the chapel at California State Prison, Sacramento ("CSP-Sacramento") in 2009, they refused him such access.  On August 15, 2014, the Court dismissed this action because it is barred by the doctrines of res judicata and collateral estoppel.  ECF Nos. 27, 35.  On September 15, 2014, Plaintiff filed a notice of appeal.  ECF No. 37.

On September 29, 2014, the United States Court of Appeals for the Ninth Circuit referred the matter back to this Court for the limited purpose of determining whether Plaintiff's in forma pauperis status should continue on appeal or whether that status should be revoked because the appeal is frivolous or taken in bad faith.  ECF No. 40. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092

(9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).  An issue is frivolous if it has "no arguable basis in fact or law."  O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990).

The Court finds that Plaintiff's appeal is taken in bad faith because the issue presented, whether Plaintiff was unlawfully denied chapel access at CSP-Sacramento, was previously litigated and is now barred by the doctrines of res judicata and collateral estoppel.  See ECF Nos. 27, 35.

## CONCLUSION

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is hereby REVOKED; and
2. The Clerk of the Court is ordered to TRANSMIT a copy of this Order to the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit for filing on the docket of Case No. 14-16859.

IT IS SO ORDERED.

Dated:  October 7, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT